FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 04 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS, EASTERN DIVISION

NATHAN E. STEPPACH, JR.

    PLAINTIFF

V.                        CAUSE NO.: 4:12 cv 557 JLH

WILLIAM J. TITUS AND
JWL I, LIMITED PARTNERSHIP

                                 JURY TRIAL DEMANDED.

    DEFENDANTS

This case assigned to District Judge Holmes
and to Magistrate Judge Young

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Nathan E. Steppach, Jr., by and through counsel, Steven W. Pittman, Chatham Damare Pittman, PLLC and files his Complaint against the defendants and in support thereof would show unto the Court as follows, to wit:

### JURISDICTION AND VENUE

1. The plaintiff, Nathan E. Steppach, Jr. is a resident citizen of the state of Tennessee residing at 857 Reddoch Street, Memphis, Tennessee 38120.

2. That the defendant William J. Titus is a resident of the state of Arkansas residing at 29 St. Andrews Drive, Little Rock, Arkansas 72212. The defendant JWL I Limited Partnership is an Arkansas business owned by William J. Titus that may be served with process upon William J. Titus.

3. That all acts complained of occurred in the state of Arkansas.

4. That complete diversity exist between the parties to the lawsuit and the amount in controversy is greater than the minimal jurisdictional limits of this court therefore this Court has proper jurisdiction.

## FACTS

5. That on or about the fifth (5th) day of January, 2010 the plaintiff Nathan E. Steppach, Jr. was operating his motor vehicle in a safe and prudent manner while observing all applicable laws of the state of Arkansas and rules of the road when he was struck from behind by a vehicle driven by William J. Titus and owned by JWL I Limited Partnership.

6. That the defendant William J. Titus, on the date in question, was operating the motor vehicle owned by JWL I Limited Partnership in a reckless and negligent manner, disregarding the traffic laws of the state of Arkansas when he forcefully and violently rear-ended the vehicle driven by Mr. Steppach.

7. That Nathan E. Steppach suffered severe, painful and continuing injuries.

## CAUSE OF ACTION

8. The plaintiff's cause of action arises in Tort for the negligence of the defendants in the operation of the motor vehicle owned by JWL I Limited Partnership and driven by William J. Titus.

9. In addition to the above mentioned acts of negligence, the collision was proximately caused by one or more of the following acts of negligence on the part of the Defendant:

    a.    Failure to keep a proper lookout for other traffic;

    b.    Failure to maintain the proper degree of control of the vehicle;

    c.    Operating a vehicle in an unsafe, unreasonable, reckless or indiscriminate manner without due regard for the safety of others, including the plaintiff;

    d.    Failure to avoid collision.

## DAMAGES

10. As a direct and proximate result of the negligence of the defendant in the operation of his motor vehicle the plaintiff has been caused to suffer the following damages to

wit:

    a. Serious bodily injury; past, present and future.

    b. Great pain and suffering; past, present and future.

    c. Great mental anguish.

    d. Loss of earning capacity, lost wages and loss of investments and savings; past, present and future.

    e. Medical, Doctor and hospital bills as well as other out of pocket expenses.

    f. Loss of enjoyment of life.

## PRAYER FOR RELIEF

As a direct and proximate result of the negligence of the defendants the plaintiff has suffered damages as stated above and hereby prays for a Judgment against the defendants in the amount of $500,000.00.

WHEREFORE PREMISES CONSIDERED the plaintiff moves this honorable court to set this matter for a jury trial once joined and for an award of damages as prayed for.

Respectfully Submitted,

_____
Steven W. Pittman
Chatham Damaré Pittman, PLLC
Attorneys for Plaintiff
291 Losher Street
Hernando, MS 38632
(662) 429-9871